IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00526-RPM

PNC MORTGAGE, A DIVISION OF PNC
BANK, NATIONAL ASSOCIATION

       Plaintiff,

v.

FORD MOTOR CREDIT;
INTERNAL REVENUE SERVICE

       Defendants.

_____

ORDER DISMISSING DEFENDANT INTERNAL REVENUE SERVICE AND GRANTING
THE UNITED STATES' UNOPPOSED MOTION TO REMAND TO STATE COURT
_____

       Upon consideration of the United States' Disclaimer of Interest and Unopposed Motion to Remand to State Court [5] filed o March 23, 2011, it is

       ORDERED THAT the United States, having disclaimed any interest in the property which is the subject of this action, is hereby dismissed as a party.  It is

       FURTHER ORDERED THAT this case is remanded to the District Court for the County of Jefferson, Colorado, where it was originally filed, for all further proceedings.

SO ORDERED.

       DATED: March 23, 2011

                                BY THE COURT:

                                s/Richard P. Matsch

                                _____
                                Richard P. Matsch, Senior Judge